

10-CV-01274-DSGNTN

# WEED, et al. v. CITY OF SEATTLE, et al.
## C10-1274RSM

## TRIAL EXHIBITS

| **EXHIBIT NO.** | **DATE** | **OBJECTION/ADMITTED?** |
|---|---|---|
| 1A, 1B | 10/18/11 | Offered; no obj - ADMITTED |
| 4A, 4B | 10/18/11 | Offered; no obj - ADMITTED |
| 5A | 10/20/11 | Offered; no obj - ADMITTED |
| 12 | 10/19/11 | Offered; no obj - ADMITTED |
| 21 | 10/19/11 | Offered; def voir dire, no obj - ADMITTED |
| 23, 24, 25 | 10/19/11 | Offered; no obj - ADMITTED |
| 36A, 37A, 37B | 10/18/11 | Offered; no obj - ADMITTED |
| 39A | 10/18/11 | Offered; no obj - ADMITTED |
| 42 | 10/18/11 | Offered; def voir dire - no obj - ADMITTED |
| 50 | 10/18/11 | Offered; no obj - ADMITTED |
| 52 | 10/18/11 | Offered; def voir dire - no obj - ADMITTED |
| 55 | 10/18/11 | Offered; no obj - ADMITTED |
| 100, 101 | 10/19/11 | Offered; no obj - ADMITTED |
| 102, 103 | 10/19/11 | Offered; obj - overruled; ADMITTED |
| 130 | 10/19/11 | Offered; obj - RULING DEFERRED. Court hears argument, obj sustained - **NOT ADMITTED.** |
| 150A, 150B | 10/19/11 | Offered; no obj - ADMITTED |
| 152 | 10/19/11 | Offered; no obj - ADMITTED |
| 154 | 10/24/11 | Offered; no obj - ADMITTED |
| 201 | 10/24/11 | Offered; DEFERRED to allow parties to review exhibit/pgs to be offered. 10/25/11- EXHIBIT ADMITTED *(as redacted)*. |

| | | |
|---|---|---|
| 204 | 10/24/11 | Offered; no obj - ADMITTED |
| 242 | 10/24/11 | Offered; obj- overruled - ADMITTED |
| A-14 | 10/20/11 | Offered; obj-overruled; ADMITTED |
| A-17 | 10/19/11 | Offered; no obj - ADMITTED |
| A-30 | 10/24/11 | Offered (by Pla); no obj - ADMITTED |
| A-31 | 10/24/11 | Offered; no obj - ADMITTED |
| | | |
| **DEPOSITIONS PUBLISHED:** | | |
| | | |
| David Weed | 10/19/11 | Published in open court |
| James Weed | 10/24/11 | Published in open court |
| | | |
| | | |
| | | |
| | | |